Robert L. Richmond
Marc G. Wilhelm
Richmond & Quinn, PC
360 K Street, Suite 200
Anchorage, Alaska 99501
Phone: (907) 276-5727
Fax: (907) 276-2953
brichmond@richmondquinn.com
mwilhelm@richmondquinn.com

Attorneys for Defendants
Venture Travel, LLC dba Taquan Air

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN E. DAVIS and MARYLOU DAVIS, a married couple,<br><br>      Plaintiffs,<br><br> v.<br><br>VENTURE TRAVEL, LLC, an Alaskan limited liability company, dba TAQUAN AIR; MICHAEL J. HUDGINS; JOHN DOES I-V; and ABC BUSINESS ENTITIES I-V,<br><br>      Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br>Civil Action No. 3:20-cv-00080-HRH |

**JOINT MOTION TO EXTEND DEADLINES**

   Plaintiffs and Venture Travel, LLC dba Taquan Air move that the court extend certain deadlines in the Scheduling and Planning Order for expert witness identification and expert disclosures (reports) for a three-month period. The motion is made pursuant to District Alaska Local Rule 7.1(a).

Expert witness identification is currently due September 15 and expert disclosures (reports) by plaintiffs are due November 6, 2020, and by defendants December 6, 2020. The parties respectfully request a three-month extension of these deadlines to December 15, 2020, February 6, 2021 and March 6, 2021. All other deadlines, including the close of discovery, would remain the same.

The parties have determined that the expert deadlines in the pretrial order regarding naming of experts and disclosure of expert reports did not allow sufficient time to conduct factual discovery prior to the selection of experts and the preparation of expert reports. Moving the dates for the naming of experts and expert reports will allow the parties to have a better understanding of factual disputes at issue by allowing for the completion of an initial round of factual discovery. This will focus the parties in the naming of their experts and assure that the experts have access to an adequate factual record and can concentrate on the case-critical issues.

DATED this 25th day of September, 2020, at Anchorage, Alaska.

GALLAGHER & KENNEDY, P.A.

By: *s/ Kevin D. Neal*
Kevin D. Neal
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Attorneys for Plaintiffs

JOINT MOTION TO EXTEND DEADLINES
*Davis v. Blue Aircraft, LLC et al.*; Case No. 3:20-cv-00080-HRH
Page 2 of 3
Case 3:20-cv-00080-HRH   Document 36   Filed 09/25/20   Page 2 of 3

LAW OFFICE OF WILLIAM G. ROYCE
By: */s/ William G. Royce*
William G. Royce
310 K Street, Suite 200
Anchorage, Alaska 99501
Attorneys for Plaintiffs


RICHMOND & QUINN

By:  s/ Robert L. Richmond
Robert L. Richmond
Alaska Bar No. 7011069
360 K Street, Suite 200
Anchorage, AK  99501
Ph:  (907) 276-5727
Fax: (907) 276-2953
Email: brichmond@richmondquinn.com

By:  s/ Marc G. Wilhelm
Marc G. Wilhelm
Alaska Bar No. 8406054
360 K Street, Suite 200
Anchorage, AK  99501
Ph:  (907) 276-5727
Fax: (907) 276-2953
Email: mwilhelm@richmondquinn.com

*Attorneys for Defendants*
*Venture Travel, LLC dba Taquan Air*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of September, 2020, a copy of the foregoing was served by ECF on the parties registered to receive electronic notices.

By:  s/ Robert L. Richmond
       RICHMOND & QUINN

I:\2337\2337.013\PLD\DAVIS 3-20-cv-00080\Joint Mtion.docx